Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: (323) 306-4234
Fax: (866) 633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**JOSHUA TERRELL** individually and on behalf of all others similarly situated,

Plaintiffs,

v.

**2018HMO LLC d/b/a HIKEI MODERN CANNABIS; AARON MAGAGNA;** DOES 1-10 Inclusive**,**

Defendant.

CASE NO.: 3:22-cv-00883-MMA-KSC

**REQUEST FOR CLERK TO ENTER DEFAULT**

Plaintiff hereby applies for the entry of default against Defendant 2018HMO LLC d/b/a HIKEI MODERN CANNABIS and Defendant AARON MAGAGNA. Defendant 2018HMO LLC d/b/a HIKEI MODERN CANNABIS was served with the First Amended Complaint by a process served on November 22, 2022 (See Exhibit A, attached hereto). Defendant AARON MAGAGNA was served with the First Amended Complaint by a process server on November 28,

2022 (See Exhibit B, attached hereto). Both Defendants are still in business and have offered no explanation for their failure to answer the instant complaint.

Respectfully submitted this 10th day of March 2023.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Attorney for Plaintiff

Filed electronically on this 10th day of March, 2023, with:

United States District Court CM/ECF system

A copy sent via mail on this 10th day of March, 2023, to:

2018HMO LLC d/b/a HIKEI MODERN CANNABIS
c/o Aaron Magagna
3940 Home Ave.
San Diego, CA 92105

Aaron Magagna
3940 Home Ave.
San Diego, CA 92105

s/Todd Friedman
TODD FRIEDMAN

EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **TODD FRIEDMAN SBN 216752**<br>**Law Offices of Todd M. Friedman,PC**<br>**21031 Ventura Blvd. #340**<br>**Woodland Hills, CA 91364**<br>ATTORNEY FOR **Plaintiff** | **(323) 306-4236** | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>Terrell, Joshua v. 2018HMO LLC | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>3:22-cv-00883-MMA-KSC |
| **Declaration of Service** | | Ref. No. or File No: |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**First Amended Complaint; Summons in a Civil Action - First Amended Complaint**

On: **2018HMO LLC, d/b/a Hikei Modern Cannabis By Serving Aaron Magagna, Agent for Service**

I served the summons at:

**3940 Home Ave, San Diego, CA 92105**

On: **11/22/2022** Date: **10:35 AM**

In the above mentioned action by substituted service and leaving with

**John Doe (Gender: M Age: 25 Height: 5'9 Weight: 170 Race: African American Hair: black Other: ) - Staff Person**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Ramoncito Aquitania**
b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **160.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Ramoncito Aquitania** Date: **11/22/2022**

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**TODD FRIEDMAN SBN 216752**<br>**Law Offices of Todd M. Friedman,PC**<br>**21031 Ventura Blvd. #340**<br>**Woodland Hills, CA 91364**<br>ATTORNEY FOR **Plaintiff** | TELEPHONE NUMBER<br>**(323) 306-4236** | FOR COURT USE ONLY |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>Terrell, Joshua v. 2018HMO LLC | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>3:22-cv-00883-MMA-KSC |
| **Declaration of Service by Mail** | | Ref. No. or File No: |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years andnot a party to the within entitled action.

On **11/22/2022**, I served the within:
**First Amended Complaint; Summons in a Civil Action - First Amended Complaint**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**2018HMO LLC, d/b/a Hikei Modern Cannabis**
**3940 Home Ave, San Diego, CA 92105**

Declarant:

a. Name: **Patricia Gonzalez**
b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **160.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

RAPID LEGAL®

Patricia Gonzalez

**Patricia Gonzalez** Date: **11/22/2022**

EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**TODD FRIEDMAN SBN 216752**<br>**Law Offices of Todd M. Friedman,PC**<br>**21031 Ventura Blvd. #340**<br>**Woodland Hills, CA 91364**<br>ATTORNEY FOR **Plaintiff** | TELEPHONE NUMBER<br>**(323) 306-4236** | FOR COURT USE ONLY |
|---|---|---|
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>Terrell, Joshua v. 2018HMO LLC | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>3:22-cv-00883-MMA-KSC |
| **Declaration of Service** | | Ref. No. or File No: |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**First Amended Complaint; Summons**

On: **Aaron Magagna**

I served the summons at:

**3940 Home Ave, San Diego, CA 92105**

On: **11/28/2022** Date: **12:45 PM**

In the above mentioned action by substituted service and leaving with

**John Doe (Gender: M Age: 30 Height: 5'8 Weight: 175 Race: African American Hair: black Other: ) - Manager**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Ramoncito Aquitania**
b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **160.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

R Aquitania

**Ramoncito Aquitania** Date: **11/29/2022**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**TODD FRIEDMAN SBN 216752**<br>**Law Offices of Todd M. Friedman,PC**<br>**21031 Ventura Blvd. #340**<br>**Woodland Hills, CA 91364**<br>ATTORNEY FOR **Plaintiff** | TELEPHONE NUMBER<br>**(323) 306-4236** | FOR COURT USE ONLY |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>Terrell, Joshua v. 2018HMO LLC | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>3:22-cv-00883-MMA-KSC |
| **Declaration of Diligence** | | Ref. No. or File No: |

United States District Court

Person to Serve: **Aaron Magagna**

Documents Received: **First Amended Complaint; Summons**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

| | | |
|---|---|---|
| **Nov 22 2022** | **10:35 AM** | 3940 Home Ave, San Diego, CA 92105; The subject is not in at business address.Per Staff, Servee not in today |
| **Nov 23 2022** | **10:55 AM** | 3940 Home Ave, San Diego, CA 92105; The subject is not in at business address. |
| **Nov 28 2022** | **12:45 PM** | 3940 Home Ave, San Diego, CA 92105; Sub-Served on person in charge |

Person attempting service:

a. Name: **Ramoncito Aquitania**
b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **160.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

RAPID LEGAL®

[signature]
**Ramoncito Aquitania** Date: **11/29/2022**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **TODD FRIEDMAN SBN 216752**<br>**Law Offices of Todd M. Friedman,PC**<br>**21031 Ventura Blvd. #340**<br>**Woodland Hills, CA 91364**<br>ATTORNEY FOR **Plaintiff** | **(323) 306-4236** | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>Terrell, Joshua v. 2018HMO LLC | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>3:22-cv-00883-MMA-KSC |
| **Declaration of Service by Mail** | | Ref. No. or File No: |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years andnot a party to the within entitled action.

On **11/29/2022**, I served the within:
**First Amended Complaint; Summons**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Aaron Magagna**
**3940 Home Ave, San Diego, CA 92105**

Declarant:

a. Name: **Patricia Gonzalez**
b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **160.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

RAPID LEGAL®

Patricia Gonzalez

**Patricia Gonzalez** Date: **11/29/2022**