Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: (323) 306-4234
Fax: (866) 633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**JOSHUA TERRELL** individually and on behalf of all others similarly situated,

Plaintiffs,

v.

**2018HMO LLC d/b/a HIKEI MODERN CANNABIS; AARON MAGAGNA;** DOES 1-10 Inclusive**,**

Defendant.

CASE NO.: 3:22-cv-00883-MMA-KSC

**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF REQUEST TO ENTER DEFAULT**

**I, TODD M. FRIEDMAN, DECLARE AND STATE AS FOLLOWS:**

1. I am competent to testify in a court of law and if called to do so would testify as specified herein.
2. I am Plaintiff's attorney in this matter and was retained to represent Plaintiff in a Telephone Consumer Protection Act claim against Defendant.
3. My office filed suit against Defendant on June 16, 2022, and Defendant was served on June 29, 2022. Despite being served, Defendant has not answered the Complaint, even though it is still in business.

4. My office filed a First Amended Complaint against Defendants on November 4, 2022. Defendant 2018HMO LLC d/b/a HIKEI MODERN CANNABIS was served on November 22, 2022. Defendant AARON MAGAGNA was served on November 28, 2022. Despite being served, Defendants have not answered the First Amended Complaint, even though they are still in business.

5. Defendants' failure to answer the instant complaint constitutes acquiescence to the merits of the Complaint and that Plaintiff has prevailed herein.

6. The defaulting parties in this matter are not an infant, nor an incompetent person.

7. The Servicemembers Civil Relief Act (50 App. U.S.C. §521) does not apply.

8. Plaintiff's Request for Clerk to Enter Default has been served on the defaulting party.

I declare under penalty of perjury that the above affidavit is true and correct

**FURTHER AFFIANT SAYETH NAUGHT**

Respectfully submitted this 10th day of March, 2023.

By: _s/Todd M. Friedman
TODD M. FRIEDMAN
Attorney for Plaintiff

Filed electronically on this 10th day of March, 2023, with:

United States District Court CM/ECF system

A copy sent via mail on this 10th day of March, 2023, to:

2018HMO LLC d/b/a HIKEI MODERN CANNABIS
c/o Aaron Magagna
3940 Home Ave.
San Diego, CA 92105

Aaron Magagna
3940 Home Ave.
San Diego, CA 92105

s/Todd Friedman
TODD FRIEDMAN